UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

FREDERICK JOE JOHNSTON,

    Plaintiff,

v.                                            Case No.  5:21-cv-65-TKW-MJF

TIMOTHY REGISTER, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case, filed under 42 U.S.C. § 1983, is before the court on referral from the clerk of the court. On March 24, 2021, this court granted Plaintiff's motion to proceed *in forma pauperis* and assessed an initial partial filing fee of $40.16, to be paid within thirty days. (Doc. 4). The court warned Plaintiff that failure to pay the initial partial filing fee would result in dismissal of this case. (*Id*. at 3). The court also notified Plaintiff that if his address changed, he must notify the clerk of the court of his new address within seven days, and that failure to do so may result in dismissal of this case. (*Id*. at 4).

A copy of the March 24, 2021, order was mailed to Plaintiff at his address of record—the Holmes County Jail. (Doc. 4 (receipt)). The mail was returned as undeliverable on April 5, 2021, marked: "Return to Sender—Not Deliverable As Addressed—Unable to Forward. (Doc. 5). The clerk of the court contacted the

Holmes County Jail on April 5, 2021, and was informed that Plaintiff was released from jail on March 24, 2021. (*Id*.).

To date, Plaintiff has not complied with the March 24, 2021, order, and has not notified the court of his new address. No correspondence from Plaintiff has been received since the filing of his initial pleading on March 22, 2021. (Doc. 1).

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of this court.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 26th day of April, 2021.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**